In the Matter of the Arbitration between LIONEL LANE, as President of Endicott Leather Workers' Union, Local 285, International Fur and Leather

Workers' Union of the United States and Canada, C.I.O., Respondent, and ENDICOTT JOHNSON CORPORATION, Appellant.— Motion for permission to appeal to the Court of Appeals denied, and the stay is continued until appellant has an opportunity to apply to the Court of Appeals, if so advised, for permission to appeal to that court. Present — Hill, P. J., Heffernan, Brewster, Foster and Russell, JJ. [See *ante*, p. 833.]